

# THE THIRTEENTH COURT OF APPEALS

---

## 13-23-00374-CR

---

Lawrence Herald
v.
The State of Texas

---

On Appeal from the
329th District Court of Wharton County, Texas
Trial Court Cause No. 22287

---

## <u>JUDGMENT</u>

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed as modified. The Court orders the judgment of the trial court AFFIRMED AS MODIFIED.

We further order this decision certified below for observance.

December 12, 2024